IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>   v.<br><br>HUAWEI TECHNOLOGIES USA INC.; HUAWEI TECHNOLOGIES CO., LTD.,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.6:20-cv-00541-ADA<br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF THE FILING OF A
### PETITION FOR INTER-PARTES REVIEW

Pursuant to the Court's Order Governing Proceeding – Patent Case ("Order Governing Proceeding"), namely General Issue No. 6, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby provides notice that defendant Huawei Technology Co, Ltd. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 9,084,199, on November 30, 2020. See IPR2021-00227. The USPTO has not yet accorded a filing date, but one is expected soon. Based on a file accord date of December 15, 2020, the expected time for an institution decision is June 15, 2021. If instituted, the expected time for a final written decision is June 15, 2022.

Dated: December 14, 2020        Respectfully submitted,

By: /s/ *Ryan S. Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang

>Etheridge Law Group, PLLC
>2600 E. Southlake Blvd., Suite 120 / 324
>Southlake, TX  76092
>Tel.:  (817) 470-7249
>Fax:  (817) 887-5950
>Jim@EtheridgeLaw.com
>Ryan@EtheridgeLaw.com
>Brett@EtheridgeLaw.com
>Travis@EtheridgeLaw.com
>Jeff@EtheridgeLaw.com
>
>**ATTORNEYS FOR WSOU**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this December 14, 2020, with a copy of this document via the Court's ECF system.

>*/s/ Ryan S. Loveless*
>Ryan S. Loveless