IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-00541-ADA CIVIL ACTION 6:20-cv-00544-ADA |
| *Plaintiff*, | § § | |
| v. | § § | |
| HUAWEI TECHNOLOGIES USA INC. ET AL., | § § | |
| *Defendant.* | § | |

**DECLARATION OF BRETT MANGRUM**

My name is Brett Mangrum. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct. I am an attorney licensed to practice law in the State of Texas. I am with Etheridge Law Group in Southlake, Texas.

1. Attached as Exhibit A is a true and correct copy of a petition for *inter partes* review, dated Nov. 30, 2020, filed by Huawei in *Huawei Technologies Co., Ltd. v. WSOU Investments LLC d/b/a Brazos Licensing and Development*, Case No. IPR2021-00229.

2. Attached as Exhibit B is a true and correct copy of Exhibit 1003 (declaration of Mr. Peter Rysavy) attached to the petition identified in paragraph 1, *supra*.

3. Attached as Exhibit C is a true and correct copy of the specification 3GPP TS 36.321 v.8.2.0 (2008 May), as retrieved online at:

https://www.3gpp.org/ftp/Specs/archive/36_series/36.321/36321-820.zip.

4. Attached as Exhibit D is a true and correct copy of TSG-RAN Working Group 1 meeting #14, as retrieved online at:

ftp://www.3gpp.org/tsg_ran/WG1_RL1/TSGR1_14/Docs/PDFs/R1-00-0869.pdf.

5. Attached as Exhibit E is a true and correct copy of Huawei's Invalidity Contentions dated Dec. 7, 2020, as served in the above-captioned matters.

6. Attached as Exhibit F is a true and correct copy of a petition for *inter partes* review, dated Nov. 30, 2020, filed by Huawei in *Huawei Technologies Co., Ltd. v. WSOU Investments LLC d/b/a Brazos Licensing and Development*, Case No. IPR2021-00227.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and executed on February 5, 2021.

*/s/ Brett A. Mangrum*
Brett A. Mangrum