# EXHIBIT A

**Materials and Other Information Considered**

- Plaintiff's Opening Claim Construction Brief (6:20-cv-00544) and associated exhibits
- U.S. Pat. No. 8,429,480 ('480 Patent)
- Prosecution History of the '480 Patent
- Prosecution History of the EP2201717 (EP counterpart patent of the '480 Patent)
- Plaintiff's Preliminary Constructions (6:20-cv-00544)
- Huawei's Preliminary Constructions (6:20-cv-00544)
- 3GPP TS 36.300 v8.1.0 (2007-06), "Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall Description Stage 2 (Release 8)
- 3GPP TS 36.321 v8.2.0 (2008-05), "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Access Network (E-UTRAN); Medium Access Control (MAC) protocol specification (Release 8)
- 3GPP TS 36.213 v8.3.0 (2008-05), "3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Access Network (E-UTRAN); Physical layer procedures (Release 8)
- 3GPP meeting document, R2-070476, 3GPP TSG-RAN WG2 Meeting #57, 12-16 Feb. 2007, St. Louis, Miss., USA, "Uplink Scheduling for VoIP