# EXHIBIT B

## James A. Proctor Jr.

1680 North Riverside Drive, Indialantic, FL 32903 - (321) 271-8411 - jproctor@ieee.org

### EDUCATION

**Georgia Institute of Technology**, Atlanta, Georgia                M.S. Electrical Engineering
Graduated:                September 1992
Interests:                Digital Signal Processing, Communications, Optics

**The University of Florida, Gainesville**, Florida                B.S. Electrical Engineering
Graduated:                May 1991
Minor Studies:                Business
Honors & Activities:                PI ETA SIGMA Honor Society
                ALPHA LAMBDA DELTA Freshman Honor Society
                ETA KAPPA NU National Electrical Engineering Fraternity

### Skills & Achievements

- Successfully led Qualcomm / WiDeFi integration efforts resulting in a new product effort within Qualcomm related to the 3G/4G Market
- Co-founded WiDeFi and successfully raised >$14M of venture funding
- Generated intellectual property and product strategy leading to the acquisition of two companies (WiDeFi, and Tantivy Communications), contributing to > $100M of revenue
- Performed extensive customer and industry business development to provide support for innovative product definition, requirement definition, and customer support for business plan and forecasts (Qualcomm, WiDeFi, and Tantivy Communications)
- Led and coached many R&D teams to refine and de-risk innovative wireless concepts
- Led cross functional product teams to deliver high volume ready prototypes
- Ability to balance market, programmatic, and technical concerns and refine clear strategy and actionable plans
- Generated >300 issued US Patents Currently and >700 international patent publications
- Have spoken at numerous public events: industry, venture, and technical
- Strong communication and technical skills

### Work Experience

**Proctor Consulting, LLC**                                **December 2008 - Present**
- Early stage market and technology strategy
  - o   Interim CTO/Team Member, business development/validation
  - o   Roadmap / IP development
  - o   Advisory Board Member
- Technical / Market Consultant
  - o   Fastback Networks, Audience, Peregrine Semiconductor
- Intellectual property portfolio analysis within the communications market space
  - o   Market / Product Applicability, Claims Chart Development and Analysis, Valuation
  - o   Expert Witness Consulting in Wireless Communications (WiFi, 2G-GSM, 3G-C2K/WCDMA, 4G/LTE and associated networks)

**Proxicom Wireless. Co-Founder, Managing Director**                **November 2011 – Present**
- Proximity based mobile technology utilizing a centralized trusted third party
- Development of foundational Intellectual Property (12+ US Patents)
- Enabling technology applicable to a variety of proximity based applications including highly secure: Mobile Payments, Electronic Coupons and Loyalty, Rating and Reviews, Social Commerce

1

**Qualcomm Inc., Principal Engineer (Consulting)                    October 2007 - October 2009**
- Technical and Business development leadership of a consumer level 3G wireless repeater product concept based upon WiDeFi's technology during the integration
- Provided technical leadership in architecture development
  - Defined initial architecture approach for the wireless repeater concept based upon WiDeFi's technology
  - Worked with technical team to refine approach and achieve "key proof points"
- Performed Business Development with International Wireless Operators
  - Worked closely with business development from ESG and QCT divisions
  - Developed bottoms up forecast with the top international wireless operators for consumer repeater products.
  - Refined product features to meet carrier's requirements
- Market Analysis to estimate Market Size and Competitive Landscape
- Named inventor on 44+ Issued or pending patents for Qualcomm on wireless repeater concepts

**WiDeFi, Inc., EVP/CTO, and Co-Founder, Director                    August 2005 - October 2007**
- Focused on aligning WiDeFi's technology and product roadmaps to customer and market drivers
  - Strategic and Technical Marketing, Product Definition
  - Market Analysis to estimate Market Size and Competitive Landscape
  - Collaborated with customers and internal team to define and pursue product/customer opportunities (Retail Wi-Fi, Mesh Repeater, VoiP over Wi-Fi Repeater, Cellular Repeaters, Wi-Max Repeaters, In-Building Distribution Systems)
  - Customer Development from initial contact, joint testing, first purchase order, to new product introduction
  - Contributed to and managed WiDeFi's IP portfolio
  - Pursued fund raising from corporate and venture capital communities

**WiDeFi, Inc., President, CEO, and Co-Founder, Director                    July 2002 - August 2005**
- Led WiDeFi from inception to the recruitment of an expansion-stage CEO.
- Principal duties:
  - Direct Fundraising of initial seed and Series A Venture Capital
  - General Management (Finance, Business Administration, Legal/Contracts and Organizational Development/Recruiting)
  - Coordination of Board of Directors and Investors
  - Sales (WiDeFi was Cash Flow positive prior to venture investment)

**Tantivy Communications                    April 1998 - June 2002**
**Director of Strategic and Technical Marketing**
- Business Development/Technical Due Diligence
- Represented Tantivy in a wide range of Wireless Broad Band Industry Conferences
- Intellectual Property Management and Strategy
  - Represented Tantivy's Patents and their value to External Companies
  - Performed Validity, Infringement, and Value Analysis of Tantivy Patents for non-Tantivy products
- Industry Standards Representation for 3G Technologies
  - TIA/3GPP2, Over 15 Technical Contributions/Papers
  - T1P1 (3GPP Member)
- Project Management of an International Technology Transfer Team (S Korea)
- Performed System Architecture and Analysis

**Spectrian, Advanced Development and Technical Marketing                    1995 - April 1998**
- Interfaced with NORTEL/Qualcomm's Product Management
- Performed Advanced Technology Development/Systems Analysis

Proctor CV

**Harris Corp. GCSD**,                                                **September 1992 - 1995**
**Senior Engineer Signal Processing Section, Modems Group**

**Georgia Tech Research Institute, CSITL**                        **June 1991 - August 1992**

**Harris Corp.. ISD, Electro-optics, Co-op**                     **May 1990 - August 1990**
-   Acousto-optic signal processing


## Standards Development

-   Participated in architecting "Internet CDMA" (I-CDMA)
-   Jointly led establishment of the Committee T1, working group T1P1.4  "WWINA" standardization effort, which stands for "Wireless Wideband Internet Access"
    o   T1 Approved this system as the T1.723-2002 standard
-   ATIS approved as **ATIS0700723-2002 I-CDMA Spread Spectrum Systems Air Interface Standard**
-   Participated in 3GPP2 Standards Developments (including 15+ technical contributions)

## Intellectual Property

-   More than 300 Issued U.S. Patents
-   More than 700 Issued or Pending International Patent Applications (WIPO)
-   Patents Cited at the USPTO more than 6000 times
-   55+ Patents Assigned to Intel
-   45+ Patents Assigned to Qualcomm
-   16+ Patents designated as "Standards Essential" for UMTS (WCDMA)
-   6+ Patents designated as "Standards Essential" for LTE


## Testifying Expert Experience

SPH Am., LLC v. Acer, Inc., 09CV02535-CAB MDD, 2012 WL 1344515 (S.D. Cal. Apr. 18, 2012).
        Testifying Expert offering opinions on validity for the defense.  The technology related to WCDMA modulation techniques.  Resulted in settlement prior to trial.

WI-LAN USA, INC. and WI-LAN INC. v. ELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC.,
Case No. I:12-23569-Civ (S.D. FL)
        Testifying expert offering opinions on infringement for the defense.  The technology involved LTE "contention free" handover (CFRA), and Media Access Control (MAC) layer messaging for Quality of Service (QOS). Resulted in a summary judgement finding of non-infringement for the defense, and settlement after appeal.

U.S. ETHERNET INNOVATIONS, LLC. V. STMICROELECTRONICS, INC.,
Civil Action No. 6:12-cv-4181-MHS-JDL
        Testifying expert offering opinions on both validity and infringement for the defense. The technology related to Ethernet devices. Resulted in settlement prior to trial.

UNWIRED PLANET. V. SQUARE, INC.,
Case No. 3:13-CV-00579-RCJ-WGC, DISTRICT OF NEVADA**,**
Case CBM2014-00156, Case IPR2014-01164, Case IPR2014-01165**,** UNITED STATES PATENT TRIAL AND APPEAL BOARD,

Proctor CV

Provided testimony related to claim construction, and validity for the defense.  The technology was related to location based services (LBS).  The case resulted in a finding by the Patent Trial and Appeal Board of unpatentability of all asserted claims.

PRISM TECHNOLOGIES LLC. V. T-MOBILE USA, INC., Case No. 12-CV-124
Testifying expert at trial, and deposition offering opinions on both validity and infringement for the defense. The technology was related to SIM/USIM/ISIM based authentication in UMTS, LTE, and IMS networks.  The case resulted in a jury verdict of non-infringement.

FASTVDO LLC. V. AT&T Mobility LLC, AT&T Services, Inc., and Apple Inc.,
Case No. 3:16-cv-00385-H-WVG
Engaged by Apple as the testifying expert offering opinions on infringement for the defense.  The technology was related to Forward Error Correction (FEC) and voice codecs in GSM and WCDMA standards, including detailed FEC performance simulations.  The case was concluded based upon an IPR outcome finding unpatentable subject matter by the PTAB.

BLACKBERRY LIMITED V. BLU PRODUCTS, INC.,
Case No.:  16-23535-CIV-MORENO
Engaged by Blackberry as the testifying expert offering opinions on infringement for the plaintiff. The technology involved WCDMA and battery saving techniques in Radio Resource Control (RRC) states.   The case was settled between the parties prior to trial.

CELLULAR COMMUNICATIONS EQUIPMENT LLC V. AT&T Inc., and Apple Inc.
Case No.: 2:15-cv-00576-RWS-RSP
Engaged by Apple as the testifying expert offering opinions on validity and benefits of the alleged inventions for the defense.  The technology involved Media Access Control (MAC) messaging for LTE (Power Headroom Reporting) and LTE Advanced (CSI reporting for Carrier Aggregation). The case resulted in summary judgement for the defense.

GENERAL ACCESS SOLUTIONS, LTD. v. Sprint Corporation et al.
Civil Action No. 2:16-cv- 00465 (E.D. Tex.) and PTAB Proceedings (IPR2017-01885 (Patent 7,173,916 B2) IPR2017-01887 (Patent 6,891,810 B2) IPR2017-01889 (Patent 7,230,931 B2),
Engaged by Sprint to provide expert testimony relating to claim construction, and validity for the defense before the Patent Trial and Appeal Board (PTAB) relating to an Inter Partes Review petition, providing multiple expert declarations, and deposition testimony. The technology related to Adaptive Modulation and Coding (AMC) in a wireless system; Adaptive Beamforming, Sectorization, and Multi-Input Multi-Output (MIMO).   All trials were instituted by the PTAB Board, with a finding of all petitioned claims unpatentable for two of the three patents.

TC TECHNOLOGY LLC. V., Sprint Corporation and Sprint Spectrum, L.P
Case 1:16-cv-00153-RGA
Engaged by Sprint to provide expert testimony relating to validity and infringement by the defense, in the district of Delaware.   The technology related to OFDMA and SC-FDMA use in the LTE uplink, for multiplexing transmissions from different UEs utilizing mutually exclusive OFDM subcarriers. The matter is currently pending.

Mobility Workx, LLC v T-Mobile US, Inc.
Civil Action No. 4:17-cv-00567-ALM
Retained by the defendant, and provided declarations and deposition for claim construction, engaged for both invalidity and non-infringement analysis and testimony.  This matter relates to LTE handover, and Mobile IP.  The case was settled between the parties prior to trial.

Proctor CV

Mobility Workx, LLC v Cellco Partnership d/b/a Verizon Wireless
*Case No. 4:17-cv-872-ALM*
Retained by the defendant, engaged for both invalidity and non-infringement analysis and testimony. This matter relates to LTE handover, and Mobile IP. The case further related to 3GPP compliance testing techniques. This matter remains pending.

Uniloc USA, Inc., et al. v. Apple Inc.
No. 18-cv-158 and 18-cv-161, engaged by Apple as a technical and testifying expert. This matter relates to Quality of Service aspect of 3G UMTS (WCDMA), and the request and allocation of uplink resources in LTE. The matter was stayed, pending result of PTAB IPR Trial.

Wi-LAN v. LG.
Case No. Case No.: 3:18-cv-01577-H-BGS
Engaged by LG as a technical and testifying expert. The technology involved LTE "contention free" handover (CFRA), Media Access Control (MAC) layer messaging for bandwidth management and Quality of Service (QOS). This matter was resolved.

Fractus, S.A. v. Sprint Communications Company, L.P. et al.,
Civil Action No. 2:18-cv-00135 (E.D. Tex.), Engaged by Sprint  and Verizon Wireless as a technical and testifying expert for invalidity.   The technology involved design aspects of antenna element placement in multiband antenna arrays for use at cellular base stations. This matter was resolved.

*Wilson Electronics, LLC v.Cellphone-Mate,Inc. dba SureCall,*
*Case No. 2:17-cv- 00305-DB (District of Utah)*
Retained by the Wilson Electronics, and engaged for both invalidity and non-infringement analysis and testimony in both district court and in ITU proceedings. This matter relates to cellular multi-band wireless signal boosters / repeaters. This matter is pending.

Sol IP, LLC v Joint Defense Group (AT&T, Ericsson, Nokia, Sprint, Verizon)
Civil Action No. 2:18-cv-00526 (E.D. Tex.)
Retained by each of the defendants, and engaged to provide testimony relating to infringement of the asserted claims for 8 of the asserted patents. The subject matter related to random access, paging, resource allocation, and carrier aggregation in LTE. The matter was resolved.

Polaris PowerLED Technologies, LLC v. TCL Corporation, et al., C.D. California Civil Action No.: 8:20-cv-00127-JVS-DFMBGL Ref. No.: 16725-7 and 16725-8
Engaged by TCL and Hisense to provide expert testimony in district court and to provide a declaration as an expert in an Inter Party Review (IPR) proceeding before the U.S Patent Trial and Appeals Board. The subject matter related to power supply circuitry for use in backlight displays. The IPR has been instituted, and remains pending.

SmartSky Networks v. Wireless Systems Solutions, LLC; DAG Wireless Solutions, et al., M.D. North Carolina (Case No. 1:20-cv-00834-NCT-LPA), and related arbitration proceedings
Engaged by SmartSky to provide expert testimony related to a trade secret dispute in district court, and an arbitration proceeding. The technology related to air to ground internet service for aircraft using a proprietary LTE derived system including  airborne radios and ground stations allowing for increased range and velocity beyond that which can be provided by standards based LTE systems. The system includes advanced UE and eNodeB architectures, and modified LTE protocols.   This matter remains pending.

Proctor CV

Dali Wireless v. JMA Wireless, Civil Action 1:99-mc-09999
Engaged by JMA Wireless to provide several declarations as an expert in an Inter Party Review (IPR) proceeding before the U.S Patent Trial and Appeals Board, and further testimony relating to the district course cases.  The subject matter related to in-building wireless signal distribution systems utilizing digital network (CPRI / IP packetized) interfaces and as well as LTE eNodeB architectures. This matter remains pending.

Dali Wireless v. Corning Optical Communications LLC, No. 3:20-cv-06469 (N.D. Cal.) and Dali Wireless, Inc. v. Corning Incorporated et al., No. 6:20-cv-00827 (W.D. Tex.)
Engaged by Corning to provide several declarations as an expert in an Inter Party Review (IPR) proceeding before the U.S Patent Trial and Appeals Board and further testimony relating to the district course cases.  The subject matter related to distributed antenna systems for in-building wireless signal distribution as well as intercell frequency reuse and interference management techniques.  This matter remains pending.

Flexiworld Technologies, Inc. v. Amazon.com, Inc., et al., Case No. 6:20-cv-00553-ADA,
Engaged by Amazon to provide testimony for district court matter in the western District of Texas.  The matter related to approaches for mobile devices to utilize Bluetooth to interface with smart speakers and servers, allowing for the request of content to be played by an output device (speaker) based upon specific requests, including in some cases voice requests. This matter remains pending.

WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Huawei Technologies Co., Ltd. et al., 6:20-cv-00544 (W.D. Tex.)
Engaged by Huawei to provide expert testimony in district court.  The matter related to LTE protocols and signaling, Hybrid ARQ, and scheduling of retransmissions relative to new transmissions from a UE to an eNodeB.  This matter remains pending.

Proctor CV

**List of Issued U.S. Patents**

| United States Pat. No. | Title |
|---|---|
| 5,550,549 | Transponder system and method |
| 5,687,196 | Range and bearing tracking system with multipath rejection |
| 5,898,338 | Adaptive digital predistortion linearization and feed-forward correction of RF power amplifier |
| 5,929,704 | Control of RF error extraction using auto-calibrating RF correlator |
| 5,949,283 | Adaptive digital predistortion linearization and feed-forward correction of RF power amplifier |
| 5,960,047 | System and method for transmitting information signals |
| 6,078,216 | Aliased wide band performance monitor for adjusting predistortion and vector modulator control parameters of RF amplifier |
| 6,100,843 | Adaptive antenna for use in same frequency networks |
| 6,212,220 | Method and apparatus for creating non-interfering signals using non-orthogonal techniques |
| 6,222,832 | Fast Acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 6,239,756 | Antenna array with housing |
| 6,301,291 | Pilot symbol assisted modulation and demodulation in wireless communication systems |
| 6,304,215 | Method of use for an adaptive antenna in same frequency networks |
| 6,362,790 | Antenna array structure stacked over printed wiring board with beamforming components |
| 6,388,999 | Dynamic bandwidth allocation for multiple access communications using buffer urgency factor |
| 6,396,456 | Stacked dipole antenna for use in wireless communications systems |
| 6,400,317 | Method and apparatus for antenna control in a communications network |
| 6,404,386 | Adaptive antenna for use in same frequency networks |
| 6,421,336 | Variable rate orthogonally coded reverse link structure |
| 6,448,938 | Method and apparatus for frequency selective beam forming |
| 6,452,913 | Fast acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 6,456,835 | Arbitration method for high power transmissions in a code division multiple access system |
| 6,473,036 | Method and apparatus for adapting antenna array to reduce adaptation time while increasing array performance |
| 6,515,635 | Adaptive antenna for use in wireless communication systems |
| 6,518,920 | Adaptive antenna for use in same frequency networks |
| 6,542,481 | Dynamic bandwidth allocation for multiple access communication using session queues |
| 6,545,990 | Method and apparatus for a spectrally compliant cellular communication system |
| 6,545,994 | Access probe acknowledgment including collision detection to avoid oversetting initial power level |
| 6,563,809 | Subscriber-controlled registration technique in a CDMA system |
| 6,600,456 | Adaptive antenna for use in wireless communication systems |
| 6,614,776 | Forward error correction scheme for high rate data exchange in a wireless system |
| 6,678,260 | System and method for maintaining wireless channels over a reverse link of a CDMA wireless communication system |
| 6,707,804 | Fast acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 6,785,323 | Variable rate coding for forward link |
| 6,788,268 | Method and apparatus for frequency selective beam forming |
| 6,792,290 | Method and apparatus for performing directional re-scan of an adaptive antenna |
| 6,801,564 | Reverse link correlation filter in wireless communication systems |
| 6,804,223 | Reverse link pilot integrated with block codes |
| 6,873,293 | Adaptive receive and omnidirectional transmit antenna array |
| 6,888,504 | Aperiodic array antenna |
| 6,888,807 | Applying session services based on packet flows |
| 6,894,653 | Low cost multiple pattern antenna for use with multiple receiver systems |
| 6,904,079 | Access channel structure for wireless communication system |

Proctor CV

| | |
|---|---|
| 6,911,879 | Electronic phase shifter with enhanced phase shift performance |
| 6,917,581 | Use of orthogonal or near orthogonal codes in reverse link |
| 6,917,642 | Method for using a non-orthogonal pilot signal with data channel interference cancellation |
| 6,925,070 | Time-slotted data packets with a preamble |
| 6,928,064 | Fast acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 6,933,887 | Method and apparatus for adapting antenna array using received predetermined signal |
| 6,937,562 | Application specific traffic optimization in a wireless link |
| 6,940,842 | System and method for maintaining wireless channels over a reverse link of a CDMA wireless communication system |
| 6,941,152 | Wireless subscriber network registration system for configurable services |
| 6,954,448 | Alternate channel for carrying selected message types |
| 6,956,840 | Power control protocol for highly variable data rate reverse link of a wireless communication system |
| 6,973,140 | Maximizing data rate by adjusting codes and code rates in CDMA system |
| 6,989,797 | Adaptive antenna for use in wireless communication systems |
| 6,992,546 | Electronic phase shifter with enhanced phase shift performance |
| 7,002,902 | Method and system for economical beam forming in a radio communication system |
| 7,006,428 | Method for allowing multi-user orthogonal and non-orthogonal interoperability of code channels |
| 7,006,483 | Qualifying available reverse link coding rates from access channel power setting |
| 7,009,559 | Method and apparatus for adapting antenna array using received predetermined signal |
| 7,015,773 | Electronic phase shifter with enhanced phase shift performance |
| 7,034,759 | Adaptive receive and omnidirectional transmit antenna array |
| 7,072,316 | Subscriber-controlled registration technique in a CDMA system |
| 7,079,523 | Maintenance link using active/standby request channels |
| 7,092,430 | Method for using a non-orthogonal pilot signal with data channel interference cancellation |
| 7,113,786 | Antenna adaptation to manage the active set to manipulate soft hand-off regions |
| 7,145,964 | Maximizing data rate by adjusting codes and code rates in CDMA system |
| 7,176,844 | Aperiodic array antenna |
| 7,184,417 | Power control protocol for highly variable data rate reverse link of a wireless communication system |
| 7,187,904 | Frequency translating repeater with low cost high performance local oscillator architecture |
| 7,200,134 | Wireless area network using frequency translation and retransmission based on modified protocol messages for enhancing network coverage |
| 7,215,297 | Adaptive antenna for use in wireless communication systems |
| 7,218,623 | Coded reverse link messages for closed-loop power control of forward link control messages |
| 7,221,664 | Transmittal of heartbeat signal at a lower level than heartbeat request |
| 7,224,685 | Method of detection of signals using an adaptive antenna in a peer-to-peer network |
| 7,227,907 | Antenna adaptation comparison method for high mobility |
| 7,230,935 | Physical layer repeater with selective use of higher layer functions based on network operating conditions |
| 7,233,627 | Method for searching pilot signals to synchronize a CDMA receiver with an associated transmitter |
| 7,233,771 | Non-frequency translating repeater with downlink detection for uplink and downlink synchronization |
| 7,253,783 | Low cost multiple pattern antenna for use with multiple receiver systems |
| 7,272,169 | Reverse link correlation filter in wireless communication systems |
| 7,289,827 | Method and apparatus for performing directional re-scan of an adaptive antenna |
| 7,308,285 | Antenna adaptation in a time division duplexing system |
| 7,366,154 | Forward error correction scheme for high rate data exchange in a wireless system |
| 7,394,791 | Multi-detection of heartbeat to reduce error probability |
| 7,425,928 | Method and apparatus for frequency selective beam forming |
| 7,426,241 | Variable rate coding for forward link |
| 7,428,263 | Method for using a non-orthogonal pilot signal with data channel interference cancellation |
| 7,433,340 | Staggering forward and reverse wireless channel allocation timing |

Proctor CV

| 7,447,187 | Reverse link pilot integrated with block codes |
|---|---|
| 7,463,200 | Directional antenna configuration for TDD repeater |
| 7,463,201 | Aperiodic array antenna |
| 7,480,280 | Fast acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 7,483,473 | Access channel structure for wireless communication system |
| 7,496,072 | System and method for controlling signal strength over a reverse link of a CDMA wireless communication system |
| 7,502,351 | Alternate channel for carrying selected message types |
| 7,502,424 | Maximizing data rate by adjusting codes and code rates |
| 7,528,789 | Adaptive antenna for use in wireless communication systems |
| 7,529,264 | Use of orthogonal or near orthogonal codes in reverse link |
| 7,551,663 | Use of correlation combination to achieve channel detection |
| 7,580,674 | Intelligent interface for controlling an adaptive antenna array |
| 7,586,880 | Method of detection of signals using an adaptive antenna in a peer-to-peer network |
| 7,592,969 | Multiple-antenna device having an isolation element |
| 7,593,380 | Variable rate forward error correction for enabling high performance communication |
| 7,602,749 | Fast acquisition of traffic channels for a highly variable data rate reverse link of a CDMA wireless communication system |
| 7,613,227 | Reverse link correlation filter in wireless communication systems |
| 7,701,903 | Power control protocol for highly variable data rate reverse link of a wireless communication system |
| 7,733,285 | Integrated, closely spaced, high isolation, printed dipoles |
| 7,746,830 | System and method for maintaining wireless channels over a reverse link of a CDMA wireless communication system |
| 7,773,566 | System and method for maintaining timing of synchronization messages over a reverse link of a CDMA wireless communication system |
| 7,787,408 | Wireless repeater with master/slave configuration |
| 7,826,437 | Variable rate coding for enabling high performance communication |
| 7,889,702 | Time-slotted data packets with a preamble |
| 7,893,889 | Multiple-antenna device having an isolation element |
| 7,907,513 | Superimposed composite channel filter |
| 7,907,891 | Physical layer repeater utilizing real time measurement metrics and adaptive antenna array to promote signal integrity and amplification |
| 7,911,985 | Automatic gain control and filtering techniques for use in on-channel repeater |
| 7,911,993 | Method and apparatus for allowing soft handoff of a CDMA reverse link utilizing an orthogonal channel structure |
| 7,916,772 | Method for searching pilot signals to synchronize a CDMA receiver with an associated transmitter |
| 7,936,728 | System and method for maintaining timing of synchronization messages over a reverse link of a CDMA wireless communication system |
| 7,936,736 | Enforcing policies in wireless communication using exchanged identities |
| 7,944,845 | Application specific traffic optimization in a wireless link |
| 7,990,904 | Wireless network repeater |
| 8,023,885 | Non-frequency translating repeater with downlink detection for uplink and downlink synchronization |
| 8,027,642 | Transmission canceller for wireless local area network |
| 8,045,536 | Forward error correction scheme for high rate data exchange in a wireless system |
| 8,059,727 | Physical layer repeater configuration for increasing MIMO performance |
| 8,060,009 | Wireless local area network repeater with automatic gain control for extending network coverage |
| 8,068,474 | Variable rate coding for enabling high performance communication |
| 8,072,944 | Staggering forward and reverse wireless channel allocation timing |
| 8,072,958 | Reverse link pilot integrated with block codes |
| 8,078,100 | Physical layer repeater with discrete time filter for all-digital detection and delay generation |
| 8,089,913 | Physical layer repeater with selective use of higher layer functions based on network operating conditions |
| 8,090,359 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |

Proctor CV

| 8,090,616 | Visual identification information used as confirmation in a wireless communication |
| 8,095,067 | Frequency translating repeater with low cost high performance local oscillator architecture |
| 8,111,645 | Wireless local area network repeater with detection |
| 8,116,239 | Use of a filterbank in an adaptive on-channel repeater utilizing adaptive antenna arrays |
| 8,116,749 | Protocol for anonymous wireless communication |
| 8,121,535 | Configuration of a repeater |
| 8,122,134 | Reducing loop effects in a wireless local area network repeater |
| 8,134,980 | Transmittal of heartbeat signal at a lower level than heartbeat request |
| 8,139,546 | System and method for maintaining wireless channels over a reverse link of a CDMA wireless communication system |
| 8,155,096 | Antenna control system and method |
| 8,175,120 | Minimal maintenance link to support synchronization |
| 8,194,783 | Variable rate coding for a forward and reverse link |
| 8,204,140 | Subscriber unit and method for variable forward error correction (FEC) decoding |
| 8,238,912 | Non-intrusive detection of enhanced capabilities at existing cellsites in a wireless data communication system |
| 8,259,687 | Dynamic bandwidth allocation for multiple access communications using buffer urgency factor |
| 8,259,744 | Use of orthogonal or near orthogonal codes in reverse link |
| 8,265,630 | Antenna adaptation to manage the active set to manipulate soft hand-off regions |
| 8,274,954 | Alternate channel for carrying selected message types |
| 8,285,201 | Wideband echo cancellation in a repeater |
| 8,315,294 | Method for searching pilot signals to synchronize a CDMA receiver with an associated transmitter |
| 8,321,542 | Wireless channel allocation in a base station processor |
| 8,358,969 | Feedback delay control in an echo cancellation repeater |
| 8,363,590 | Physical layer repeater with roaming support based on multiple identifiers |
| 8,369,277 | Signaling for wireless communications |
| 8,369,842 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |
| 8,370,955 | Enforcing policies in wireless communication using exchanged identities |
| 8,374,592 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |
| 8,385,305 | Hybrid band intelligent backhaul radio |
| 8,385,818 | Delay control to improve frequency domain channel estimation in an echo cancellation repeater |
| 8,385,896 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |
| 8,385,913 | Using a first wireless link to exchange identification information used to communicate over a second wireless link |
| 8,422,540 | Intelligent backhaul radio with zero division duplexing |
| 8,437,329 | Variable rate coding for enabling high performance communication |
| 8,437,330 | Antenna control system and method |
| 8,463,255 | Method and apparatus for a spectrally compliant cellular communication system |
| 8,467,353 | Time-slotted data packets with a preamble |
| 8,467,363 | Intelligent backhaul radio and antenna system |
| 8,477,665 | Method in a wireless repeater employing an antenna array for interference reduction |
| 8,498,234 | Wireless local area network repeater |
| 8,502,733 | Transmit co-channel spectrum sharing |
| 8,503,926 | IQ imbalance compensation in interference cancellation repeater using a zero-IF radio architecture |
| 8,509,268 | Minimal maintenance link to support sychronization |
| 8,509,835 | Reverse link initial power setting using effective radiated power message to compute path loss |
| 8,521,862 | Wireless channel allocation in a base station processor |
| 8,526,401 | Power control protocol for highly variable data rate reverse link of wireless communication system |
| 8,537,656 | Method for compensating for multi-path of a CDMA reverse link utilizing an orthogonal channel structure |

Proctor CV

| 8,542,623 | Use of RF reference in a digital baseband interference cancellation repeater |
|---|---|
| 8,553,610 | Interference cancellation repeater incorporating a non-linear element |
| 8,559,379 | Method and apparatus for mitigating oscillation between repeaters |
| 8,576,805 | Subscriber-controlled registration technique in a CDMA system |
| 8,582,552 | Maintaining a maintenance channel in a reverse link of a wireless communications system |
| 8,599,906 | Closed form calculation of temporal equalizer weights used in a repeater transmitter leakage cancellation system |
| 8,605,702 | Maintaining a maintenance channel in a reverse link of a wireless communications system |
| 8,619,837 | Use of adaptive antenna array in conjunction with an on-channel repeater to improve signal quality |
| 8,630,211 | Hybrid radio architecture for repeaters using RF cancellation reference |
| 8,638,839 | Intelligent backhaul radio with co-band zero division duplexing |
| 8,638,877 | Methods, apparatuses and systems for selective transmission of traffic data using orthogonal sequences |
| 8,649,418 | Enhancement of the channel propagation matrix order and rank for a wireless channel |
| 8,676,131 | Method and apparatus for allowing soft handoff of a CDMA reverse link utilizing an orthogonal channel structure |
| 8,687,606 | Alternate channel for carrying selected message types |
| 8,709,092 | Periprosthetic fracture management enhancements |
| 8,737,343 | Coded reverse link messages for closed-loop power control of forward link control messages |
| 8,755,360 | Method and apparatus for a spectrally compliant cellular communication system |
| 8,755,473 | Method and apparatus for detecting rapid changes in signaling path environment |
| 8,774,079 | Repeater techniques for multiple input multiple output utilizing beam formers |
| 8,787,248 | Method in a wireless repeater employing an antenna array including vertical and horizontal feeds for interference reduction |
| 8,790,321 | Apparatus, system, and method for harvesting improved bone graft material with reamer-irrigator-aspirator (RIA) device |
| 8,792,458 | System and method for maintaining wireless channels over a reverse link of a CDMA wireless communication system |
| 8,811,367 | Qualifying available reverse link coding rates from access channel power setting |
| 8,824,442 | Intelligent backhaul radio with adaptive channel bandwidth control |
| 8,830,977 | Reverse link pilot integrated with block codes |
| 8,842,642 | Transmitting acknowledgement messages using a staggered uplink time slot |
| 8,849,186 | Repeater communication using inserted low power sequences |
| 8,849,698 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |
| 8,861,429 | Selective carrier amplification in a wireless repeater |
| 8,885,688 | Control message management in physical layer repeater |
| 8,897,340 | Enhancement of the channel propagation matrix order and rank for a wireless channel |
| 8,908,654 | Dynamic bandwidth allocation for multiple access communications using buffer urgency factor |
| 8,937,874 | Adjusting repeater gains based upon received downlink power level |
| 8,942,216 | Hybrid band intelligent backhaul radio |
| 8,948,235 | Intelligent backhaul radio with co-band zero division duplexing utilizing transmitter to receiver antenna isolation adaptation |
| 8,958,457 | Channel structure for a wireless communication system |
| 8,964,909 | Maximizing data rate by adjusting codes and code rates |
| 8,989,762 | Advanced backhaul services |
| 9,014,118 | Signaling for wireless communications |
| 9,019,930 | Coded reverse link messages for closed-loop power control of forward link control messages |
| 9,020,009 | Inserted pilot construction for an echo cancellation repeater |
| 9,020,621 | Network based media enhancement function based on an identifier |
| 9,038,129 | Enforcing policies in wireless communication using exchanged identities |
| 9,042,400 | Multi-detection of heartbeat to reduce error probability |
| 9,135,612 | Proximity detection, virtual detection, or location based triggering of the exchange of value and information |

Proctor CV

| 9,161,164 | Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided |
|---|---|
| 9,179,240 | Transmit co-channel spectrum sharing |
| 9,185,604 | Qualifying available reverse link coding rates from access channel power setting |
| 9,210,616 | Application specific traffic optimization in a wireless link |
| 9,225,395 | Antenna control system and method |
| 9,226,295 | Hybrid band radio with data direction determined by a link performance metric |
| 9,237,209 | Time-slotted data packets with a preamble |
| 9,247,510 | Use of correlation combination to achieve channel detection |
| 9,252,857 | Embedded control signaling for wireless systems |
| 9,294,222 | Variable rate coding for forward and reverse link |
| 9,301,274 | Minimal maintenance link to support synchronization |
| 9,306,658 | Method and apparatus for a spectrally compliant cellular communication system |
| 9,306,703 | Variable rate coding for enabling high performance communication |
| 9,307,532 | Signaling for wireless communications |
| 9,325,398 | Method for installing a backhaul radio with an antenna array |
| 9,325,477 | Alternate channel for carrying selected message types |
| 9,345,523 | Periprosthetic fracture management enhancements |
| 9,363,759 | Power control protocol for highly variable data rate reverse link of a wireless communication system |
| 9,369,235 | Maximizing data rate by adjusting codes and code rates |
| 9,374,822 | Method for installing a hybrid band radio |
| 9,397,808 | Reverse link pilot integrated with block codes |
| 9,398,120 | Time-slotted data packets with a preamble |
| 9,456,376 | Subscriber-controlled registration technique in a CDMA system |
| 9,456,428 | Method and apparatus for allowing soft handoff of a CDMA reverse link utilizing an orthogonal channel structure |
| 9,460,433 | Proximity detection, virtual detection, or location based triggering of the exchange of value and information |
| 9,490,918 | Zero division duplexing MIMO backhaul radio with adaptable RF and/or baseband cancellation |
| 9,496,915 | Use of orthogonal or near orthogonal codes in reverse link |
| 9,497,761 | Qualifying available reverse link coding rates from access channel power setting |
| 9,522,066 | Periprosthetic fracture management enhancements |
| 9,525,923 | Multi-detection of heartbeat to reduce error probability |
| 9,554,061 | Smart hub |
| 9,555,169 | Apparatus for harvesting improved bone graft material utilizing an implantable biodegradable filter |
| 9,572,163 | Hybrid band radio with adaptive antenna arrays |
| 9,577,733 | Method for installing a backhaul link with multiple antenna patterns |
| 9,655,062 | System and method for coordination of wireless maintenance channel power control |
| 9,661,583 | Reverse link initial power setting using effective radiated power message to compute path loss |
| 9,686,713 | Application specific traffic optimization in a wireless link |
| 9,686,790 | Signaling for wireless communications |
| 9,713,019 | Self organizing backhaul radio |
| 9,713,157 | Method for installing a backhaul link with alignment signals |
| 9,775,115 | Antenna control system and method |
| 9,780,930 | Communicating reference and data information in a wireless network |
| 9,781,626 | Wireless channel allocation in a base station processor |
| 9,807,714 | Minimal maintenance link to support synchronization |
| 9,832,664 | Receiving and transmitting reverse link signals from subscriber units |
| 9,867,101 | Method and apparatus for allowing soft handoff of a CDMA reverse link utilizing an orthogonal channel structure |
| 9,872,196 | Subscriber-controlled registration technique in a CDMA system |

Proctor CV

| 9,876,530 | Advanced backhaul services |
|---|---|
| 9,913,271 | Qualifying available reverse link coding rates from access channel power setting |
| 9,913,722 | Periprosthetic fracture management enhancements |
| 9,924,468 | Antenna control system and method |
| 9,936,500 | Transmitting acknowledgement messages using a staggered uplink time slot |
| 9,954,635 | Variable rate coding for enabling high performance communication |
| 9,974,116 | Handoff to base station having enhanced capabilities |
| 10,057,700 | Smart hub |
| 10,063,363 | Zero division duplexing MIMO radio with adaptable RF and/or baseband cancellation |
| 10,064,144 | Use of correlation combination to achieve channel detection |
| 10,129,888 | Method for installing a fixed wireless access link with alignment signals |
| 10,153,885 | Alternate channel for carrying selected message types |
| 10,204,357 | Proximity detection, virtual detection, or location based triggering of the exchange of value and information |
| 10,211,940 | Use of orthogonal or near orthogonal codes in reverse link |
| 10,237,760 | Self organizing backhaul radio |
| 10,284,253 | Advanced backhaul services |
| 10,286,123 | Removable biocompatible substrate filter for a reaming and collection device |
| 10,299,218 | System and method for coordination of wireless maintenance channel power control |
| 10,306,635 | Hybrid band radio with multiple antenna arrays |
| 10,356,782 | Embedded control signaling for self-organizing wireless backhaul radio and systems |
| 10,357,370 | Periprosthetic fracture management enhancements |
| 10,390,311 | Maintaining a maintenance channel in a reverse link of a wireless communications system |
| 10,638,468 | Qualifying available reverse link coding rates from access channel power setting |
| 10,687,161 | Smart hub |
| 10,687,950 | Periprosthetic shoulder fracture repair |
| 10,700,733 | Advanced backhaul services |
| 10,708,918 | Electronic alignment using signature emissions for backhaul radios |
| 10,735,979 | Self organizing backhaul radio |
| 10,736,110 | Method for installing a fixed wireless access link with alignment signals |
| 10,762,532 | Proximity detection, virtual detection, or location based triggering of the exchange of value and information |
| 10,805,887 | Maintaining a maintenance channel in a reverse link of a wireless communications system |
| 10,821,030 | Apparatus and method for a temperature released adhesive structure for use with bandages |
| 10,874,520 | Combination intra-medullary and extra-medullary fracture stabilization with aligning arm |
| 10,932,267 | Hybrid band radio with multiple antenna arrays |
| D532780 | Wireless repeater housing |

Proctor CV