# EXHIBIT 13

# Webster's New World™ College Dictionary

## Fourth Edition

Michael Agnes
EDITOR IN CHIEF

MACMILLAN • USA

Webster's New World™ College Dictionary, Fourth Edition
Copyright © 1999 by Macmillan USA

This edition is a major revision of *Webster's New World™ College Dictionary,*
Third Edition, copyright © 1997, 1996, 1994, 1991, 1988 by Macmillan USA

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Pearson Education Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan USA.
WEBSTER'S NEW WORLD DICTIONARY
is a trademark of Macmillan USA.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Library of Congress Cataloging-in-Publication Data
Webster's New World college dictionary / Michael Agnes, editor in
   chief. — 4th ed.
     p.   cm.
   "A Webster's New World book"—T.p. verso.
   ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain-edged).
— ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
   1. English language—Dictionaries.   I. Agnes, Michael.
II. Title: College dictionary.
PE1628.W5629  1999
423—dc21                                            99-21175
                                                                                         CIP

Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10     99 00 01 02 03

**FILM** (n. 5a & b) b) to be filmed or suitable for filming [this novel won't *film* well] —**film'er** n.

**film badge** a badgelike safety device worn by people who work with ionizing radiation: it contains a strip of photographic film that indicates the amount of radiation received

**film·dom** (film'dəm) n. the film industry, esp. the U.S. film industry, regarded as a sphere or domain

**film·goer** (-gō'ər) n. MOVIEGOER

**film·ic** (film'ik) adj. 1 of or having to do with films or the art of making them 2 of the visual qualities of a film as distinct from the theme, dialogue, story, etc. 3 visually exciting or expressive

**film·maker** (film'māk'ər) n. a person who makes films, esp. a producer, director, etc. —**film'·mak'·ing** n.

**film noir** (film' nwär') [Fr, lit., black film] a type of film, esp. of the 1940s and 1950s, fatalistic, pessimistic, or cynical in mood and often dealing melodramatically with urban crime and corruption

**film·og·ra·phy** (fil mäg'rə fē) n. a list of the films of a particular actor, director, genre, etc.

**film pack** several sheets of photographic film in a frame that fits in the back of a camera

**film·strip** (film'strip') n. a length of film containing still photographs, often of illustrations, diagrams, charts, etc., arranged in sequence for projection separately and used as a teaching aid

**filmy** (fil'mē) adj. **film'·i·er**, **film'·i·est** 1 gauzy; sheer; very thin 2 blurred or hazy —**film'i·ly** adv. —**film'i·ness** n.

**filo** or **fillo** (fē'lō) n. alt. sp. of PHYLLO

**filo·po·dium** (fil'ō pō'dē əm, fī'lō-) n., pl. **·dia** (-ə) [ModL < L filum, thread (see FILE[1]) + -PODIUM] a thin, narrow pseudopodium consisting primarily of ectoplasm

**fi·lose** (fī'lōs') adj. [< L filum (see FILE[1]) + -OSE[2]] 1 threadlike 2 having a threadlike projection

**fils**[1] (fēls, fils) n., pl. **fils** [Ar, earlier fals < LGr phollis, a small coin, ¹⁄₂₀ of a solidus] any of the monetary units of: a) Bahrain, Iraq, Jordan, and Kuwait, equal to ¹⁄₁₀₀₀ of a dinar b) the United Arab Emirates, equal to ¹⁄₁₀₀ of a dirham

**fils**[2] (fēs) n. [Fr < L filius: see FILIAL] a son or a youth: often used like English "Jr." [Dumas fils]

**fil·ter** (fil'tər) n. [ME filtre < OFr < ML filtrum, feltrum, felt, fulled wool (used for straining liquors) < Gmc: see FELT[1]] 1 a device for separating solid particles, impurities, etc. from a liquid or gas by passing it through a porous substance 2 any porous substance used or suitable for this, as sand, charcoal, felt, etc. 3 Physics a) a device or substance that passes electric currents of certain frequencies or frequency ranges while preventing the passage of others b) a device or substance that partially or completely absorbs certain light rays [a color *filter* for a camera lens] —vt. [Fr filtrer < the n.] 1 to pass (a liquid or gas) through a filter 2 to remove or separate (solid particles, impurities, etc.) from a liquid or gas by means of a filter: often with *out* 3 to act as a filter for — vi. 1 to pass through or as if through a filter 2 to move or pass slowly [the news *filtered* through town]

**fil·ter·able** (fil'tər ə bəl) adj. that can be filtered —**fil'·ter·abil'·ity** n.

**filterable virus** any virus: so called because most viruses are capable of passing through fine filters that bacteria cannot pass through

**filter bed** a tank, covered trench, etc. with a sand or gravel bottom, used to filter water, sewage, etc.

**filter feeder** an animal that feeds by filtering small organisms or food particles from the water or air, as a clam, baleen whale, or sponge

**filter paper** porous paper for filtering liquids

☆**filter tip** 1 a cigarette tip containing cellulose, cotton, charcoal, etc. and serving as a mouthpiece through which the smoke is filtered 2 a cigarette having such a tip —**fil'ter-tip'** adj. or **fil'ter-tipped'**

**filth** (filth) n. [ME < OE fylthe < base of ful (see FOUL) + -TH[1]] 1 disgustingly offensive dirt, garbage, etc. 2 anything considered as foul as this; esp., anything viewed as grossly indecent or obscene 3 gross moral corruption

**filthy** (fil'thē) adj. **filth'·i·er**, **filth'·i·est** [ME filthi] 1 full of filth; disgustingly foul 2 grossly obscene 3 morally vicious or corrupt — SYN. DIRTY —**filth'i·ly** adv. —**filth'i·ness** n.

**fil·trable** (fil'trə bəl) adj. FILTERABLE —**fil'·trabil'·ity** n.

**fil·trate** (fil'trāt') vt. **·trat·ed**, **·trat·ing** [< ML filtratus, pp. of filtrare < filtrum, FILTER] to filter —n. a filtered liquid —**fil·tra'·tion** n.

**fi·lum** (fī'ləm) n., pl. **fi'la** (-lə) [L, a thread: see FILE[1]] Anat. any threadlike part; filament

**fim·bria** (fim'brē ə) n., pl. **·briae'** (-brē ē') [ModL < L, fiber, fringe] Biol. a fringe or border of hairs, fibers, etc. or a fringelike process, esp. at the opening of an oviduct in mammals

**fim·bri·ate** (fim'brē āt') adj. [L fimbriatus, fringed: see prec.] having a fringe of hairs, fibers, etc. —**fim'·bria'·tion** n.

**fin**[1] (fin) n. [ME < OE finn, akin to Du vin, Ger finne < IE *(s)pina-, point < base *(s)p(h)ei-, pointed stick > SPIT[1], SPIKE[1]] 1 any of several winglike, membranous organs on the body of a fish, dolphin, etc., used in swimming, turning, and balancing 2 anything like a fin in shape or use; specif., a) any narrow edge or ridge formed in manufacturing, as on a casting by metal forced through the halves of the mold b) any vertical airfoil, fixed or movable, whose chief function is to give stability in flight c) a stabilizing or steering projection on boats or submarines d) [Slang] a hand, arm —vt. **finned**, **fin'·ning** to cut the fins from (a fish) —vi. to use the fins, esp. in a violent way

☆**fin**[2] (fin) n. [shortened < W Yiddish finef, five (cf. E Yiddish fin), MHG vinf < OHG fimf, FIVE] [Slang] a five-dollar bill

**fin**[3] (fan) n. [Fr] the end; finish; conclusion

**fin**[4] abbrev. 1 finance 2 financial 3 finished

**Fin** abbrev. 1 Finland 2 Finnish

**fin·able** (fīn'ə bəl) adj. liable to a fine

**fi·na·gle** (fə nā'gəl) vt. **·gled**, **·gling** [< ?] [Informal] to arrange, or maneuver by cleverness, persuasion, etc., or by craftiness, trickery, etc. —vi. to use craftiness, trickery, etc. —**na'·gler** n.

**fi·nal** (fī'nəl) adj. [ME < OFr < L finalis < finis, end: see FINISH] 1 of or coming at the end; last; concluding [the *final* chapter], leaving no further chance for action, discussion, or change; deciding; conclusive [a *final* decree] 3 having to do with the basic, ultimate purpose, aim, or end [a *final* cause] —n. 1 anything final 2 [pl.] the last of a series of contests, trials, etc. 3 a final, concluding examination

**fi·nale** (fə nal'ē, -nä'lā, -lē) n. [It, orig. adj. < L finalis, FINAL] 1 the concluding part of a musical composition 2 the last scene or feature of an entertainment 3 the conclusion or last part; end

**fi·nal·ist** (fī'nəl ist) n. a contestant who participates in the final and deciding contest or contests of a series

**fi·nal·ity** (fī nal'ə tē, fə-) n. [LL finalitas] 1 the quality or condition of being final, settled, or complete; conclusiveness 2 [pl.] anything final

**fi·nal·ize** (fī'nəl īz') vt. **·ized**, **·iz·ing** [FINAL + -IZE] to make final; bring to completion —**fi'·nali·za'·tion** n.

**fi·nally** (fī'nəl ē; often fīn'lē) adv. 1 at the end; in conclusion 2 decisively; conclusively; irrevocably

**Final Solution, the** the Nazi program for killing all Jews in German-controlled lands

**fi·nance** (fī'nans', fə nans') n. [ME finaunce, a fine, forfeit < OFr finance, wealth, revenue < finer, to end, settle accounts, pay ransom < fin: see FINE[2]] 1 [pl.] the money resources, income, etc. of a nation, organization, or person 2 the managing or science of managing money matters, credit, etc. —vt. **·nanced'**, **·nanc'·ing** 1 to supply money, credit, or capital to or for 2 to obtain money, credit, or capital for

☆**finance company** a company specializing in the lending of money to consumers, the purchasing of accounts receivable, and the extension of credit to businesses

**fi·nan·cial** (fī nan'shəl, fə-) adj. of finance, finances, or financiers —**fi·nan'·cially** adv.

SYN.—**financial** implies reference to money matters, esp. where large sums are involved [a *financial* success]; **fiscal** is used with reference to government revenues and expenditures or to the administering of the financial affairs of an organization or corporation [a *fiscal* year]; **monetary** refers directly to money itself and is used in connection with coinage, circulation, standards, relative values, etc. [the *monetary* unit of a country]; **pecuniary** is applied to money matters of a practical or personal nature [*pecuniary* motives]

**financial planner** a person whose business is advising individuals in the management of their financial affairs

**fin·an·cier** (fin'ən sir', fī'nən-; fī nan'sir, fə-) n. [Fr] 1 a person trained or skilled in finance 2 a person who engages in financial operations on a large scale —vi. to engage in financial operations, often specif. in a dishonest way

☆**fin·back whale** (fin'bak') RORQUAL

**finca** (fēŋ'kä') n. [Sp < fincar, to buy real estate < VL *figicare, attach: see FISHPLATE] an estate or plantation in Spain or Spanish America

**finch** (finch) n. [ME < OE finc, akin to Ger fink < IE echoic base *(s)pingo-, chirping bird > Welsh pink, Gr spingos, finch] any of various small, short-beaked, seed-eating passerine birds (esp. family Fringillidae), including redpolls, canaries, crossbills, goldfinches, and chaffinches

**find** (fīnd) vt. **found**, **find'·ing** [ME finden < OE findan, akin to Ger finden, Goth finthan < IE base *pent-, to walk, happen upon, find > L pons, a plank causeway, bridge] 1 to happen on; come upon; meet with; discover by chance 2 to get by searching or by making an effort [*find* the answer] 3 to get sight or knowledge of; perceive; learn [I *find* that I was wrong] 4 to experience or feel [to *find* pleasure in music] 5 a) to get or recover (something lost) [to *find* a missing book] b) to get or recover the use of [we *found* our sea legs] 6 to realize as being; consider; think [to *find* a book boring] 7 to get to; reach; attain [the blow *found* his chin] 8 to declare after careful thought [the jury *found* him innocent] 9 to supply; furnish: cf. FOUND[1] —vi. to reach and announce a decision [the jury *found* for the accused] —n. 1 the act of finding 2 something found, esp. something interesting or valuable —**find oneself** 1 to learn what one's real talents and inclinations are, and begin to apply them 2 to become aware of being (to *find oneself* in trouble) —**find out** 1 to discover; learn 2 to learn the true character or identity of (someone or something)

**finder** (fīn'dər) n. 1 a person or thing that finds 2 VIEWFINDER 3 a small, low-powered telescope attached to a larger one, used to locate objects for closer view with the more powerful telescope: see TELESCOPE, illus. ☆4 a person who, for a fee (**finder's fee**), initiates a business deal between others

**fin de siè·cle** (fant sye'kl') [Fr, end of the century] of or characteristic of the last years of the 19th cent.: formerly used to refer