**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,** | § | |
| *Plaintiff* | § | |
| | § | **W-20-CV-00541** |
| -v- | § | **W-20-CV-00544** |
| | § | |
| **HUAWEI TECHNOLOGIES CO.,** | § | |
| **LTD.,  HUAWEI TECHNOLOGIES** | § | |
| **USA INC.** | § | |
| *Defendants* | § | |
| | § | |

**ORDER TO PAY TECHNICAL ADVISOR**

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case.  The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary.  As such, the Court **ORDERS** payment to be promptly made as follows:

Plaintiff:          $12,348.49
Defendant:          $12,348.49

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 1st day of June, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE